JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESCAMILLA, | Case No. 8:19-02229 JAK (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SANTA ANA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety, with the claims that arise under state law dismissed without prejudice to their being renewed in a state court proceeding.

DATED: September 22, 2021

JOHN A KRONSTADT
United States District Judge