# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESCAMILLA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA. et al.,<br><br>Defendants. | No. 8:19-cv-02229-JAK (ADSx)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed in its entirety, with the claims that arise under state law dismissed without prejudice to their being renewed in a state court proceeding.

DATED:  March 16, 2023           _____

John A. Kronstadt

United States District Judge

1